Recording Requested By:
Bank of America
Prepared By:
Bank of America
1800 Tapo Canyon Road
Simi Valley, CA 93063
800-444-4302
When recorded mail to:
CoreLogic
450 E. Boundary St.
Attn: Release Dept.
Chapin, SC 29036

DocID# : 7
G-Pin:
Property Address:
25804 LEONARD DR
CHANTILLY, VA, VA 20152

20120619-0049687
Electronic Recording
Loudoun County Recorder, VA        Page: 1
06/19/2012                              11:17:00AM
Gary M. Clemens, Clerk

MIN #:                                                           MERS Phone #:

## NOTICE OF ASSIGNMENT OF DEED OF TRUST

For Value Received, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., the undersigned holder of a Deed of Trust (herein "Grantor") whose address is 1901 E Voorhees Street, Suite C, Danville, IL 61834 does hereby grant, sell, assign, transfer and convey unto THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWABS INC., ASSET-BACKED CERTIFICATES, SERIES 2007-3 (herein "Grantee") whose address is C/O BAC, M/C: CA6-914-01-43, 1800 Tapo Canyon Road, Simi Valley, CA 93063 all beneficial interest under that certain Deed of Trust described below together with the note(s) and obligations therein described and the money due and to become due thereon with interest and all rights accrued or to accrue under said Deed of Trust.

Original Lender:        AMERICA'S WHOLESALE LENDER
Made By:                NAZIRA URREGO, A MARRIED MAN
Original Trustee:       1ST SIGNATURE SETTLEMENT SERVICES
Date of Deed of Trust:  1/17/2007        Original Loan Amount: $552,000.00

Recorded in Loudoun County, VA on: 1/19/2007, book N/A, page N/A and instrument number 20070119-0004741

IN WITNESS WHEREOF, the undersigned has caused this Assignment of Deed of Trust to be executed on 6/6/12

MORTGAGE ELECTRONIC REGISTRATION
SYSTEMS, INC.

By: _____
Alice Rowe Assistant Secretary

State of California
County of Ventura

On JUN 08 2012 before me, _____ George A. Pinedo _____, Notary Public, personally appeared Alice Rowe, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

_____                    (Seal)
Notary Public:   George A. Pinedo
My Commission Expires:   June 14, 2013

GEORGE A. PINEDO
COMM. #1853835
NOTARY PUBLIC - CALIFORNIA
LOS ANGELES COUNTY
My Comm. Expires Jun 14, 2013



EXHIBIT F